CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SABRINA TAYLOR,<br><br>    Defendant. | No. CR21-193-RSM<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING |

THE COURT has considered Ms. Taylor's motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 and 06-22.

THE COURT ORDERS that a guilty plea hearing be scheduled by teleconference on July 1, 2022.

DATED this 30th day of June, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Taylor* / CR21-193-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Sabrina Taylor

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Taylor* / CR21-193-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**