THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 21-193-RSM |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF SUPERVISION CONDITIONS |
| SABRINA TAYLOR, | ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on Sabrina Taylor's Motion for Modification of her Supervision Conditions, so that she may have contact with victims to participate in a restorative justice process, and the Court having reviewed the defense motion and the records in this matter,

IT IS ORDERED that the following modification shall be made to her Bond:

You shall not have direct or indirect contact with any existing and/or future witnesses, and victims in this case. However, you will be allowed contact with a victim if they decide to voluntarily participate in a restorative justice process involving themselves and you. Such contact shall be limited to meetings monitored by a restorative justice process circle leader.

You shall not have direct or indirect contact with any existing and/or future witnesses, and victims in this case. However, you will be allowed contact with a victim if they decide to voluntarily participate in a restorative justice process involving themselves and you. Such contact shall be limited to meetings monitored by a restorative justice process circle leader, *shall be with the prior approval of U.S. Probation and Pretrial Services, and will be coordinated through the U.S. Attorney's Office (USAO) via the assigned Assistant U.S. Attorney and Victim Witness Specialist.*

//
//

ORDER GRANTING UNOPPOSED
MOTION FOR MODIFICATION
OF SUPERVISION CONDITIONS
(*US v. Sabrina Taylor*, CR21-193RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DATED this 5th day of October 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Sabrina Taylor

ORDER GRANTING UNOPPOSED
MOTION FOR MODIFICATION
OF SUPERVISION CONDITIONS
(*US v. Sabrina Taylor*, CR21-193RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100