The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SABRINA TAYLOR, <br><br> Defendant. | NO. CR21-193-RSM <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Sabrina Taylor's interest in the following property:

> A sum of money in the amount of $608,975, representing the proceeds the Defendant obtained as a result of her commission of Wire Fraud, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate for the following reasons:

Order of Forfeiture - 1
*United States v. Sabrina Taylor,* CR21-193-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Wire Fraud, in violation of 18 U.S.C. §§ 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In her plea agreement, Defendant agreed to forfeit the above-identified sum of money pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461, as it reflects proceeds she personally obtained from her commission of the offense, Dkt. No. 33 ¶ 13;

- In the plea agreement, the United States agreed to request that the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered, Dkt. No. 33 ¶ 13;

- The United States also agreed that any amount Defendant pays toward restitution will be credited against this forfeited sum. Dkt. No. 33 ¶ 13, and

- This sum of money is personal to Defendant, and therefore, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and her plea agreement, Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to the Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

Order of Forfeiture - 2
*United States v. Sabrina Taylor,* CR21-193-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4.  Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $608,975;

5.  Pursuant to the plea agreement, the United States will request that the Attorney General apply any amounts it collects toward satisfaction of the above-identified forfeited sum to the restitution that is ordered;

6.  Pursuant to the plea agreement, any amount Defendant pays toward restitution will be credited against the forfeited sum; and,

7.  The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 20th day of January, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

  s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Sabrina Taylor,* CR21-193-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970