To the Honorable Judge Martinez,

I lied and stole money from people who cared about me. I must tell you that I regret my actions. I am ashamed of the things I have done. I lied to those who went out of their way to help me. I hurt people with my actions. I am sorry, deeply sorry for my actions. I am going to take my shame and my regret to the grave. I am so angry at myself for what I have done. I know I need to make things right. I know I need to make the people I harmed whole. It is my goal to use the painful lessons and experiences I have learned. I lied, I broke the trust of many people and stole money. I am the one who did this. My personal understanding of how and why I did this has been the main focus in my life the past several years.

I have struggled, greatly, with forgiving myself. I have made a lot of progress but I still suffer from suicidal ideation, self-mutilation and self-imposed social isolating. Right now, I am choosing to live, minute by minute, these days. I am currently unable to see much further than that. I learned I need to heal myself to, hopefully, heal all those who I harmed. Through therapy, treatment, and medication, I learned I am not defined by past trauma, transgressions, crimes, or addictions.

Through treatment, I have been able to process past experiences and trauma as a Queer and Black femme. Growing up in Iowa was difficult. I was sexually abused when I was 8 years old. I tried to kill myself in the 3rd grade. In the 4th grade, my father was convicted of a crime. In high school, my best friend committed suicide. I was a depressed teenager. The depression continued as an adult. I had an abortion when I was 20 years old.

I moved to the Seattle area in my early 20s to start an internship. I had no money or friends and I did not hear from my family. I began to experience suicidal ideation and daily panic attacks. I went to a therapist and was diagnosed with depression and generalized anxiety disorder. I began to suffer from symptoms of PTSD and fibromyalgia. At the time, my partner physically and emotionally abused me. I enrolled in college but school was so hard for me. I did not understand how to function. I was diagnosed with ADD and continued with therapy. I felt hopeless. I did not feel like I fit in. I felt ugly. I felt dumb. Recently, I was diagnosed with autism. This diagnosis helped me understand how I was feeling back then.

It was around this time that a friend introduced me to cocaine. Cocaine gave me the ability to stop caring. I knew it was a horrible idea but I felt completely hopeless.

I started to recognize the people in my life had achieved hallmarks of success and adulthood that were incredibly difficult for me to obtain. This difficulty terrified me. I had found myself beginning to separate myself from the truth, or rather ignore it. I started by lying to myself. I built a façade of being stable and in a relationship. But I was in an unhealthy relationship and continued abusing cocaine. I ran out of money and couldn't

buy cocaine. I was in a lot of pain. But I started seeing a therapist again. Therapy helped but I could not be truthful or forthcoming. I grew up fearing physical punishment when I told my parents the truth about things I had done as a child. I did not open up to my therapist about my cocaine abuse. I should have.

I began to lie to my partner about needing money because I feared more about needing cocaine than the consequences of lying. In retrospect, I think my cocaine use grew with my guilt. I felt trapped in an abusive relationship with no family to help me. I lied about the dumbest things. This lasted for years until the relationship ended. I panicked. I lost my job. I felt alone and terrified. I came home one night, took all the Xanax I had, and drank a bottle of wine. I hoped I wouldn't wake up. I gave up on myself. I felt overwhelmed with depression, addiction, trauma, and fear. I couldn't see how the pattern of continued failure with family, school, relationships, addiction, and functioning would ever change. Even though I did wake up, I continued to make a horrible set of choices filtered through my experience as a Black femme, including the delayed diagnosis of mental health, cognitive, and physical issues like fibromyalgia.

So my response was to lie. I lied. I lied to people about why I needed financial help. I said it was for medical treatments and educational expenses. I chose to lie to hide the severity of my mental health issues and addiction. I chose to spend the money on things that I thought would make people like me. I lied so I would not feel alone. And I filled my life with materialistic things.

The lies got worse when I had trouble paying my rent on time and lost my job. I could not renew my lease and I feared the very real possibility of becoming unhoused. I asked for help but I did not get a response. I felt guilty for needing help. 15 days before I had to move out of the apartment, I had my first panic attack. I was running out of money and drugs. I felt like I did not have any choices.

So I made up a story about being really sick and that I needed money for school and medication. I lied on a rental application. I moved into a new apartment and slept for days. I did not leave the apartment for days. I had so much guilt about lying. I realized I had no way to pay rent. I felt like a failure. I gave up on myself again.

I went online and lied about needing money to pay for medications. I created an online identity as someone passionate about diversity. I felt like a total imposter and driven to do anything to keep the attention of friends I made. I had insecurities about my lack of education, my job, and addiction. I feared panic attacks, social isolation, failure, and worrying about being homeless. This is when one of my victims offered to help me and I told him I could pay him back later.

Your Honor, I want to tell you and the victims that my fears do not excuse my actions but it is the best explanation I can provide. I was a very hurt person who was incredibly tired

of struggling to live. I made very poor and very selfish decisions because I wasn't equipped to deal with the situation I had a hand in creating.

I had lost control, if I ever had it, and it was my fault. I met with a friend who loaned me money before and told him I wanted to work overseas. I made up details to make him think it was a good investment. I made friends with women in Japan through a mutual friend. I visited these three women after I got my friend who loaned me money before to loan me money again for a trip to Japan. I lied when I told him I could pay him back after I got a degree in data science. I lied to him and told him I would look for schools to attend in Japan.

I hate myself for lying and stealing money. I hate myself for breaking the trust of people who cared about me based on my lies. I hate myself for spending money on materialistic things. I felt addicted to spending money on things. I repeated this process of lying for money to support my sad attempts at what was really me running away from my past, from my family's generational trauma, and addiction.

Each lie got worse and worse and they all stacked upon each other: I would feel bad for lying, buy drugs or things to feel better about lying, and then run out of money which would cause me to panic and lie for more money to buy drugs. The degree at which I hated myself was at astronomical height.

Finally, about six years ago, upon my "millionth" trip to Japan, a bank I owed money to for a private student loan I took out years ago, got a court order to obtain the money I owed them through a court ordered withdrawal of my checking account. I was traveling with friends at the time. I lied to them about being rich and having a college degree. I overcompensated by buying them things. I realized my debit card was not working and I lost my cellphone. I used my friend's computer and that is when I realized my account was drained because of the order.

My response was to go on Facebook and keep lying. I made up a story. I should have started to tell the truth that I was an imposter who was so behind on loan payments that my back account was raided of the money that I lied to get in the first place. My friends in Japan saw my bank account information online and the court order. They saw my Facebook messages. They saw I lied about what I told them and what I told other people in the United States. During the flight back to the United States from Japan, the friends I was on a trip with told my friends back in the United States about the discrepancies. They posted a detailed message calling me out for lying about my life and financial situation.

I need to say now that I was glad I was caught. I feel relieved that the lying phase is over. But I am afraid for what will happen. My address, phone number, and social medial have been exposed. There is a website purely dedicated to my lies and fraud. The first time I saw the website, I tried to kill myself. A friend called 911 and I was committed to Fairfax

for mental health and drug addiction. I stayed there for weeks. At least one magazine has written about my lies and fraud.

Beyond the public shaming, I fear what will happen to me in prison. I know I will not survive. I am doing what I can to make things right with those I have harmed. I understand the focus of passing sentences in our criminal system is to keep others from repeating the crime, assure that I won't harm others, and repair the damage caused to victims.

I am asking and pleading for an opportunity to allow me to live. To allow me to repay my debt not with my life but with my drive. I am 41 years old and I haven't had a Black therapist or psychiatrist until this year. I believe, with every fiber of my being, that people should be allowed second chances. We walk through this world, many of us with a mountain of trauma on their backs, and we expect that each person is going to successfully overcome their trauma and manage it. Our society doesn't hold space for those of us, like me, who have harmed others and have worked hard to learn from our mistakes, to prevent further harm, and learn to help our victims and others. With my current felony conviction, I am deeply worried that I will have a number of challenges. But I am optimistic because of the support I received from the Probation Office and my Pretrial Officer.

I am worried about my parents. My mother is 70 this year and she is the only full time caregiver of my father, who is also 70, who recently underwent a kidney transplant but is still recovering and experiencing complications. My relationship with my parents is clearly complicated. I had an incredibly traumatic upbringing. And its taken me years to fully understand and heal from the shame, anguish and pain of being raped as a child and having your own family not believe you, the psychological trauma of watching your family deteriorate due to issues beyond your control or understanding or the heartbreak.

My parents are the culmination of their parents doing their best. I truly believe that my parents did the best they could. My father, my mother and I do not see eye to eye on some things but I know they did their best with the tools they were given. Over the last 5 years, I have slowly come to have a deeper understanding and appreciation of the stories around those wounds. I know that the knowledge about trauma and healing, and its impact on the mind and body, has grown exponentially. I was born before a clear understanding of how neurodivergence or trauma actually impacts the body and the mind.

I believe that it is my duty and responsibility to truly try and take the painful lessons in my life and use that information to help others. I have wanted to start with the victims of my lies. I know I harmed others, and not just the victims in this case. I am deeply ashamed for lying and stealing. I want to make things right. I believe part of making things right does not need to include placing me at risk of not receiving the right medication or therapy in prison, sexual assault in prison, or dying in prison. I want to

continue on my path of hard work through therapy, medication, treatment, and restorative justice.

Sincerely,
Sabrina Taylor