**FEDERAL PUBLIC DEFENDER**
**Western District of Washington**

January 18, 2023

The Honorable Ricardo S. Martinez
United States District Courthouse
700 Stewart St, Suite 13134
Seattle, WA 98101-9906

     Re: *United States v. Taylor CR21-193RSM*
        Restorative Justice Memorandum

Dear Judge Martinez,

Sabrina Taylor has made serious mistakes that have caused significant harm to the victims in this case. Since beginning work with Sabrina on her case, she has been deeply remorseful for her actions and expressed a genuine desire to heal the harm she caused. This fact, along with the fact that this case has a number of identified victims, presented an ideal opportunity for the application of *restorative justice*. As defined by Restorative Justice Exchange, "restorative justice is a response to wrongdoing that prioritizes repairing harm and recognizes that maintaining positive relationships with others is a core human need."[1] The University of Wisconsin-Madison Law School states "outcomes seek to both repair the harm and address the reasons for the offense, while reducing the likelihood of re-offense."[2] *Restorative practices* are the methods or tools available to practitioners to work with conflict and repair harm. Below we describe the restorative practices carried out in this case.

**About the Co-Facilitators**

Vivianne Guevara, LMSW is an experienced social worker currently serving as the Director of Client Resources and Mitigation Services for the Federal Defenders for the Eastern District of New York. Vivianne earned her Master of Science in Social Work at Columbia University. She is a Licensed Master of Social Work in the State of New York (079091-01). Vivianne has extensive training in restorative and transformative justice practices. She has served as adjunct faculty at both Columbia University and New York University where she teaches aspiring social workers foundational skills in restorative practices and forensic social work. She frequently serves as conference faculty as an expert on this topic and trains fellow criminal defense professionals. Our office retained

---

[1] https://restorativejustice.org/what-is-restorative-justice/three-core-elements-of-restorative-justice/
[2] https://law.wisc.edu/fjr/rjp/justice.html

**Ex 3, p. 1**

Vivianne Guevara as an expert for the implementation of restorative practices in federal criminal cases.

Daniel Potter-Engelskirger, LICSW currently serves as Social Work Program Coordinator at the Federal Public Defender for Western Washington. He completed his Master of Social Work with specialization in Health Services at the University of California, Berkeley. He is a Licensed Independent Clinical Social Worker in the State of Washington (LW61100663). Daniel has extensive experience serving youth and adults with severe mental illness, substance use disorders and complex medical issues. He has facilitated a variety of psychoeducation, support, and therapy groups. He has experience organizing and facilitating restorative justice dialogues in Berkeley Public Schools.

**The Restorative Process: The Healing Circle**

The defense team reached out to a number of local Seattle restorative justice organizations. Identifying a good match was more challenging during the pandemic. Ultimately, a relationship was established with the organization Collective Justice. In March of 2022, Sabrina joined a healing circle, facilitated by Collective Justice. The group kicked off with a weekend-long retreat, meeting for a total of 14 hours.

> *"Our team holds healing and accountability circles both in prison and in community for people on all sides of harm. Community members who join our circles share and witness each other's stories as we move together through individually-held pain to a journey of collective healing. Drawing on restorative justice practices and transformative justice principles, we build skills and wellness around coping with triggers, self and community-care, and building resilience.*
>
> *For our circles with those who have experienced harm, participants share their stories of grief and loss, paving the way for healing and relationship.  For our circles for those who have caused harm, participants engage in a rigorous process of unpacking the dynamics that led to harm, and finally, dialoguing with community members who have experienced similar harms. This program was launched at the Washington State Reformatory (WSR) and is now co-facilitated by imprisoned graduates of our founding cohort and outside facilitators."*[3]

Specifically, Sabrina participated in the Community HEAL Circle for BIPOC (Black, Indigenous, and people of color) femme survivors. Most notably, Sabrina was the only participant who had caused harm and faces criminal charges. All other participants were survivors of harm. None of the other participants were related to Sabrina's case in any way. Over the course of six months and approximately 60 hours, the group explored topics such as trauma, resiliency, accountability, cycles of violence, shame and worth,

---

[3] https://www.collectivejusticenw.org/ourwork

and impact. This process is described more extensively in the attached letter from Collective Justice Wellness and Development Director, Cassandra Butler.

**The Restorative Process: Preparation for Victim Dialogue**

After consulting with the US Attorney's office, the defense team began the preparation phase for a restorative circle dialogue with interested victims named in this case. The objective of the proposed circle was to repair harm, develop accountability, build understanding, communication, and create collaboration among community. The defense team sent out letters to all victims explaining the process and inviting them to participate. For your reference, a portion of this letter is included here:

> *"Ms. Taylor has started to address the consequences of her actions. She has joined a local group for BIPOC women who have either caused harm or are survivors of harm and affected by the criminal legal system. Through this group, she is gaining insight into her behaviors and understanding the experience of victims of crime. Ms. Taylor has already pled guilty and entered a plea agreement with the United State Attorney's Office.*
>
> *I understand that, through communications online, you were misled, lied to, and deceived for financial gain by Ms. Taylor. She would like to offer you a chance to meet so that you can explain how her actions have affected you. She wants to understand the extent of the harm she caused to ensure she never makes the same mistake again. Giving voice to your experience is essential to Ms. Taylor's rehabilitation. For many victims this process can be cathartic and emotionally supportive. This process fits into what we consider restorative justice in the criminal legal system.*

The defense team followed up with victims by telephone. A total of twelve victims were contacted. Of those victims, one was interested in participating. This victim will be referred to as *the participant*.

Throughout September and October of 2022, Vivianne and Daniel held multiple preparation meetings individually with both Sabrina and the participant. During these meetings, logistical issues were addressed along with processing content to be addressed during the circle. A draft of *group agreements*, or ground rules was developed. Plans were made for each group participant to bring a *talking piece,* a symbolic object used to maintain organization and ensure each circle member has their chance to speak. Circle participants were also asked if they would like to invite a *support person* to accompany them to the circle.

One goal of these preparation meetings is to manage expectations and help participants process what they intend to share, and how they would like to articulate it during the

circle. Verbalizing these thoughts and feelings can be challenging during the circle, when emotions are particularly intense. Sabrina shared how fearful she was of the circle. She feared she would go to the circle only to hear she is a horrible person for hours on end. In addition to the facts of the case, Sabrina shared a significant personal history with this participant. As a result, there were multiple layers of emotion to confront. Sabrina was very close to the participant for several years. Sabrina was asked to consider the fact that the circle may feel productive, or not, and that the objective is not to heal a relationship, rather to heal the harm she caused.

The participant shared that he wanted to participate in the circle for "some reconciliation." He wanted to say how he felt and for Sabrina to hear him. He wanted to participate because he "genuinely cared about Sabrina a lot." He notes that he had been struggling with the idea that everything between them was a lie. He affirms that he was not feeling anger towards her, but hurt.

**Restorative Circle: November 7, 2022**

The restorative circle was held in person at the Federal Public Defender's office in Tacoma for a duration of three hours. Vivianne traveled to Washington to co-facilitate the circle with Daniel. Sabrina and the participant were present, along with their support people. The participant was supported by an MSW intern of the FPD. A local community member with experience in the criminal legal system attended to support Sabrina.

The circle began with a review of the group agreements. From there, the circle addressed an extensive list of questions. Some examples are included below. Every circle participant had a chance to speak to each question, even the facilitator and support people.

- Please share what you are hoping to take with you from this experience.
- Who taught you about conflict and how to resolve it?
- Talk about a time when you harmed someone and how you handled it.
- Who modeled for you how resolve conflict?
- From your point of view, what happened between you that brings us here today?
- Of what has been described, what aspects caused the most harm?
- Why do you think this happened?
- What were you thinking at the time?
- Who has been affected by your actions? How?
- What can you take responsibility for?
- Besides sentencing, what, if anything, needs to happen to make things right?
- What needs to happen for healing to take place?
- What needs to happen so we can be assured this doesn't happen again?

All circle participants were engaged and participated in meaningful ways. The circle was intense, emotional, and productive. At the end of the circle, both Sabrina and the participant expressed feeling validated in their decision to participate. Since the conclusion of the circle, the participant has expressed a desire to have further communication with Sabrina and continue on this path of healing. Of course, at this time this is not possible due to Sabrina's bond conditions. The participant expressed a genuine desire for Sabrina to continue to pursue necessary treatment to address her history of mental health and substance use challenges.

**Conclusion**

The co-facilitators recognize the time, energy, and effort that both Sabrina and the participant invested in the restorative process and are grateful for the opportunity to facilitate this healing. This is only the beginning of a lifelong process for Sabrina. Sabrina has expressed interest in holding restorative circles with other victims, if they decide to participate. We look forward to you hearing more about this experience directly from Sabrina and the victim who chose to participate.

We would be pleased to answer any questions at this Court's request. Thank you for your consideration of this information as you arrive at a fair sentence for Sabrina Taylor.

Respectfully submitted,

Daniel Potter-Engelskirger, LICSW
Social Worker – Federal Public Defender

Vivianne Guevara, LMSW
Director of Client Resources and Mitigation Services
Federal Defenders of New York

**Ex 3, p. 5**