

From:
Michelle Brown, MSW, LSWAIC

01/04/23

To: Judge Ricardo Martinez
700 Stewart St
Seattle, WA, 98101

Judge Ricardo Martinez,

My name is Michelle Brown, and I am a Psychotherapist at Good Intentions Counseling Services. Sabrina Taylor has been my patient since September 8th, 2022. She was seen by a previous therapist with our agency beginning in May of 2022. She switched therapists due to her previous therapist going on paternity leave.

Sabrina sought treatment to reduce unwanted symptoms, improve coping skills and have ongoing support. Sabrina has a reported significant history of substance use, previously in place as a coping mechanism for severe trauma history. She has consistently remained a good faith participant in therapy sessions. She is motivated to engage in the work and make necessary changes to address her challenges.

While the crimes committed occurred prior to her treatment with me, Sabrina reports that her substance use, and mental health conditions had serious impacts on her decision making. Sabrina expresses sorrow and remorse often. Sessions are often spent managing her shame and guilt as well as processing the regret and sorrow that impacts her everyday life and global functioning. Sabrina follows through on therapeutic recommendations. She expresses continued interest in improving herself and her mental health. She reports that she has maintained five years of sobriety and continues to express no desire to ever use substances again. She continues to acknowledge the role of substance use in her past ability to maintain housing and make effective decisions and maintain healthy relationships. She has been able to implement effective coping skills to maintain her sobriety.

Sabrina would benefit from ongoing psychotherapy and mental health support. Continued mental health support will likely aid her in her ability to maintain housing, sobriety, and employment. She has expressed interest in continuing her education to continue being a contributing member of society. She would like to bring her lived experiences to support others facing similar struggles that she has been through.

Sabrina will maintain her weekly appointments with Good Intentions Counseling Services and can increase the frequency of services as needed. We are here for Sabrina and are happy to work with and support her during this time.

Should you have additional questions, please do not hesitate to contact me.

Sincerely,

*Michelle Brown*

Michelle Brown, MSW, LSWAIC

**GOOD INTENTIONS**
"gOOd people. great services. better quality of life."

www.goodintentionscounseling.com

Ex 7