JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )   No. CR21-193-RSM
              Plaintiff,     )
                         )
             v.        )   ORDER TO RETURN PASSPORT
                         )
SABRINA TAYLOR,          )
                         )
            Defendant.    )
                         )

THE COURT has considered Sabrina Taylor's motion to return her passport along with the records in this case.

IT IS ORDERED that the Clerk of the Court release Sabrina Taylors's passport to a Federal Public Defender staff member on demand at the Clerk's Office.

DONE this 25th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Sabrina Taylor

ORDER TO RETURN PASSPORT
(*U.S. v. Taylor,* CR21-193-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**