# Exhibit 1



# THE LAW OFFICE OF
# Deborah M. Golden

700 Pennsylvania Ave. SE, 2nd Floor, Washington, DC 20003
(202) 630-0332

March 7, 2025

To whom it may concern:

My office represents Ms. Sabrina Taylor in a civil claim against the United States, seeking justice for the sexual assault she suffered in the Federal Bureau of Prisons, while she was at the Federal Correctional Institution Dublin. She has asked me to write this letter and explain the context of her situation.

I specialize in prisoners' rights. My work focuses on providing civil representation to people in jails and prisons who have suffered abuse, LGBTQIA+ individuals who are incarcerated, and victims of civil rights violations more broadly. I routinely represent incarcerated clients who were victims of sexual assault while incarcerated in the custody of the BOP. Sexual abuse is far too common in the federal prison system. Currently, I represent approximately 85 clients who were sexually abused by employees or contractors of the BOP, including some of those abused at FCI Dublin, as well as at least five other federal prisons.

Ms. Taylor was preyed on by one of the Correctional Officers stationed at FCI Dublin, Officer Lewis. Officer Lewis began his campaign with verbal aggression and physical intimidation, against Ms. Taylor and other women in detention. His abuse of her culminated in a sexual assault on January 28, 2024.

Officer Lewis has not been indicted, although investigations into the widespread sexual abuse at FCI Dublin are ongoing. I am given to understand that future indictments should be expected. While the BOP acknowledged receipt of her tort claim in October 2024, it has not responded substantively. *See* Administrative Tort Claim No. TRT-WXR-2025-00502.

Attorneys for over 100 claimants are coordinating, and in group discussions with the Department of Justice as to the most efficient way to achieve resolution of all the outstanding claims. Discussions have been delayed by the change in Presidential Administration and corresponding personnel changes inside the Department of Justice and the Federal Bureau of Prisons.

If pre-suit resolution is not fruitful, I expect that Hon. Gonzales Rogers of the Northern District of California will continue to treat filed cases as related to *M.R. V. FCI Dublin*, 4:22cv5137, and order that they be litigated as a group.

Based on my two and a half decades experience representing people harmed in the BOP, including representing people in the first round of settlements related to FCI Dublin, I estimate that the value of Ms. Taylor's case is in the high 6-figure to mid-7-figure range.

I remain available for any questions.

With respect,

Deborah M. Golden

2